UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TANYA TITUS,

                Plaintiff,

   -against-                                    6:08-CV-0227 (LEK/VEB)

MICHAEL J. ASTRUE,
*Commissioner of Social Security,*

                Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on June 14, 2010, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 24).

Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Magistrate Judge Bianchini's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 24) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Commissioner's decision denying disability benefits is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:      July 06, 2010
                Albany, New York

                                            Lawrence E. Kahn
                                            U.S. District Judge